UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC FELDMAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 09-2080 BAH |

## STIPULATION OF SETTLEMENT AND DISMISSAL

All Parties to this action hereby enter into the following Stipulation Of Settlement And Dismissal. In order to resolve the matters in dispute in the above-styled action without further litigation, expense or delay, Plaintiff and Defendant unconditionally agree to the following terms:

1. Release

Plaintiff and Defendant enter into this Stipulation Of Settlement And Dismissal in order to make full and final settlement of any and all matters that Plaintiff raised or could have raised in this action. Plaintiff agrees to accept the terms set forth herein in full satisfaction of any and all claims, demands, rights and causes of action of whatever kind and nature based in whole or in part on the events set forth in the complaint in this action.

In particular, this settlement includes all possible claims Plaintiff may have for damages, backpay, front pay, loss of leave, loss of retirement and equitable relief against Defendant and Defendant's current and former employees, officers, agents or representatives prior up to and including the date Plaintiff signs this Stipulation Of Settlement And Dismissal. Plaintiff reserves any right he may have to retirement benefits, but waives any claim that those benefits should be

increased based upon any claim that was or could have been raised in the complaint in this action. Further, and without limitation, this settlement includes all possible claims for attorney's fees and costs that Plaintiff incurred or may incur in connection with this litigation and any other proceeding (judicial or administrative in nature) involving the claims Plaintiff raised or could have raised herein.

Plaintiff withdraws with prejudice and agrees not to pursue the complaint in the above-styled action and all other pending, existing or putative causes of actions, charges, complaints and appeals against Defendant and its current or former employees, officers, agents or representatives in any forum, whether administrative or judicial. This Stipulation Of Settlement And Dismissal constitutes the full, final and complete relief that Plaintiff shall have for the conduct alleged in this action, as well as for any other matter related to those claims.

Plaintiff agrees not to institute any other actions, charges, complaints, appeals or other proceedings against Defendant or any of Defendant's past or present employees, officers, agents or representatives concerning any matter related to the above claims; and Plaintiff releases Defendant and all past and present employees, officers, agents and representatives, in their individual and official capacities, concerning all matters related to the above claims.

2. In consideration for the promises made herein, the Defendant agrees to take the following actions with respect to Plaintiff:

a) Defendant shall pay to Plaintiff through his counsel the sum of $7,000.00, which payment may be made through an electronic transfer to the account to be identified by Plaintiff's counsel, who shall provide the necessary information needed to effect the payment, including but not limited to:

      Payee Account Name
      Payee account number
      ABA Bank routing number
      Checking or savings
      Name & address of Bank:

3. The Parties agree that the terms expressly recited herein represent the entire compromise settlement and that, except for any amounts that may be subsumed within the sum set forth in Paragraph 2 above, the respective parties will each bear its own costs, fees and expenses. There are no terms or conditions to this agreement except those expressly stated herein. This agreement may not be altered, modified, withdrawn, waived, rescinded or supplemented except by a written instrument executed by duly authorized representatives of both Parties.

4. Plaintiff acknowledges his duty to adhere to any applicable tax filing requirements and other obligations with regard to the proper payment of taxes, and acknowledges that no government employee has made any representations regarding the tax consequences of this settlement.

5. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of Defendant or his past or present employees, officers, agents or representatives. The Parties enter into this stipulation solely for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

6. Each party agrees to make good faith efforts to resolve any dispute arising from or regarding this settlement agreement prior to bringing it to the attention of any court. Should either party at any time believe that the other party is in breach of this settlement agreement, prior to bringing the matter to the attention of any court, that party shall notify the other party in writing of the particular section of this settlement agreement that has allegedly been breached

and the action(s) that constitute the breach. The other party shall then have thirty (30) days to respond to such claims prior to the injured party bringing the alleged breach to the attention of the Court.

WHEREFORE, this action is hereby dismissed with prejudice with each party to bear his or her own fees, costs and expenses, except as expressly stated herein to the contrary, subject only to the Court retaining jurisdiction as necessary to enforce the terms of this Settlement Agreement, rather than retaining any continuing jurisdiction to award any damages based on an asserted breach of the agreement.

Respectfully Submitted,

_____
MARK S. ZAID, ESQ.
DC Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Ave., N.W.
Suite 200
Washington, DC 20036
(202) 454-2809

_____
ERIC FELDMAN
Plaintiff

RONALD C. MACHEN, JR., DC Bar #447889
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

By: _____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530

It is so ORDERED by the Court this ____ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

- 4 -

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Stipulation of Settlement And Dismissal has been made through the Court's electronic transmission facilities on this 15th day of February, 2012.

/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 Fourth Street, N. W.
Washington, DC  20530
(202) 514-7230